1 | BENJAMIN B. WAGNER
United States Attorney
2 | JEREMY R. JEHANGIRI
Assistant United States Attorney
3 | 2500 Tulare, Suite 4401
Fresno, California 93721
4 | Telephone: (559) 497-4000

5 | Attorneys for Plaintiff
United States of America



**FILED**

MAR 26 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

**SEALED**

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

1:12 SW 0 0 0 5 7 - DLB

IN RE:                                  )
                                        )
SEARCH WARRANT AUTHORIZED TO            )   SEALING ORDER
SEARCH:                                 )
                                        )
The Office of Dr. Paul Singh            )   **UNDER SEAL**
276 South Mill Street                   )
Suites B & C                            )
Tehachapi, CA 93561                     )
                                        )

The United States having applied to this Court for an order permitting it to file under seal the search warrant, search warrant application, and affidavit in the above-captioned proceedings, and good cause appearing thereof,

IT IS SO ORDERED, that the search warrant, search warrant application, and affidavit in the above-entitled proceedings, shall remain under seal and shall not be disclosed pending further order of this Court.

DATED: March 26, 2012

HONORABLE DENNIS L. BECK
United States Magistrate Judge

1