BENJAMIN B. WAGNER
United States Attorney
PATRICK R. DELAHUNTY
KIRK E. SHERRIFF
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>The Office of Dr. Paul Singh<br>276 S. Mill St.<br>Suites B & C<br>Tehachapi, CA 93561 | CASE NO. 1:12-SW-00057-DLB<br><br>ORDER TO UNSEAL SEARCH WARRANT |

The Search Warrant in the above-referenced matter was sealed by Order of this Court on April 4, 2012.

IT IS HEREBY ORDERED that the Search Warrant be unsealed as to the defendant, and be made public record.

DATED: July 31, 2015

Hon. Gary S. Austin
U.S. Magistrate Judge

Motion/Order to Unseal Search Warrant